# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02833-RMR-SBP

DANIELLE SEEWALKER,

    Plaintiff,

v.

TOWN OF VAIL, COLORADO,

    Defendant.

___

## STIPULATED ORDER
___

**ENTERED BY MAGISTRATE JUDGE SUSAN PROSE**

    The production of privileged or work-product-protected documents, electronically stored information ("ESI"), or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

s/Andy McNulty
Andy McNulty
Mari Newman
Madeline Leibin
1490 N. Lafayette Street
Suite 304
Denver, Colorado 80218
(720) 850-5770
andy@newman-mcnulty.com
mari@newman-mcnulty.com
madeline@newman-mcnulty.com

*In cooperation with the ACLU Foundation of Colorado*

Timothy R. Macdonald
Sara R. Neel
Laura Moraff
American Civil Liberties Union Foundation of Colorado
303 E. 17th Ave., Suite 350, Denver, CO 80203
(720) 402-3151
tmacdonald@aclu-co.org
sneel@aclu-co.org
lmoraff@aclu-co.org

*Attorneys For Plaintiffs*

s/Andrew Ringel
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
Email: ringela@hallevans.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: March 10, 2025

_____
Susan Prose
United States Magistrate Judge